# United States District Court

CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**John P Halloran**

vs.                                                         Case Number:   **03-1214**

**George Hershberger, et al.**

**JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**DECISION BY THE COURT**.  This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the case is dismissed without prejudice for failure to prosecute with due diligence.

ENTER this 25th day of May, 2005

/s/ John M. Waters
JOHN M. WATERS, CLERK

/s/ K. Burns
_____
BY:  DEPUTY CLERK